Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–13781–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sebastian Martin
11 Hudson Avenue
Hazlet, NJ 07734

Lisa Martin
11 Hudson Avenue
Hazlet, NJ 07734

Social Security No.:
xxx–xx–1627

xxx–xx–3511

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Sebastian Martin and Lisa Martin
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: December 1, 2021
JAN: mrg

Jeanne Naughton, Clerk