Fill in this information to identify the case:

Debtor 1 __Sebastian Anthony Martin__
          First Name    Middle Name    Last Name

Debtor 2 __Lisa Ann Martin__
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of __NJ__

Case number (if known) __16-13781__

FILED
JEANNE A. NAUGHTON, CLERK
APR - 5 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

# Official Form 423
## Certification About a Financial Management Course
12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

☑ **I completed an approved course in personal financial management:**

Date I took the course __3 / 30 / 2022__
         MM / DD / YYYY

Name of approved provider __Debtor Edu LLC__

Certificate number __14912-NJ-DE-036437838__

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** (check one):

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

__/s/ Lisa A Martin__      __Lisa A Martin__    Date __4/1/22__
Signature of debtor named on certificate   Printed name of debtor    MM / DD / YYYY

Official Form 423        Certification About a Financial Management Course

Certificate Number: 14912-NJ-DE-036437837

Bankruptcy Case Number: 16-13781



14912-NJ-DE-036437837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2022, at 1:38 o'clock PM EDT, Sebastian Martin completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: March 30, 2022          By:     /s/Jai Bhatt

                              Name:  Jai Bhatt

                              Title: Counselor

Fill in this information to identify the case:

Debtor 1    Sebastian    Anthony    Martin
            First Name   Middle Name   Last Name

Debtor 2    Lisa         Ann          Martin
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: District of NJ

Case number  16-13781
(If known)

FILED
JEANNE A. NAUGHTON, CLERK

APR - 5 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## Official Form 423
## Certification About a Financial Management Course        12/1!

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:   Tell the Court About the Required Course

You must check one:

☒ I completed an approved course in personal financial management:

Date I took the course    03 / 30 / 2022
                          MM / DD / YYYY

Name of approved provider    Debtor Edu LLC

Certificate number    14912-NJ-DE-036437838

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a walver of the requirement based on (check one):

☐ Incapacity.   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability.   My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the Internet, even after I reasonably tried to do so.

☐ Active duty.  I am currently on active military duty in a military combat zone.

☐ Residence.    I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:   Sign Here

I certify that the information I have provided is true and correct.

_Signature of debtor named on certificate_      Sebastian Martin        Date 3/30/22
                                                _Printed name of debtor_      MM / DD / YYYY

Official Form 423          Certification About a Financial Management Course

Certificate Number: 14912-NJ-DE-036437838

Bankruptcy Case Number: 16-13781



14912-NJ-DE-036437838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 30, 2022</u>, at <u>1:38</u> o'clock <u>PM EDT</u>, <u>Lisa Martin</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 30, 2022</u>         By:   <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title:   <u>Counselor</u>



Please find the deficient items satisfied, so the discharge can be granted. Thank you!

Sebastian Martin
732-337-4557

Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−13781−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sebastian Martin                                    Lisa Martin
   11 Hudson Avenue                           11 Hudson Avenue
   Hazlet, NJ 07734                              Hazlet, NJ 07734

Social Security No.:
   xxx−xx−1627                                         xxx−xx−3511

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after April 7, 2022 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 8, 2022
JAN: mjb

                                                                                            Jeanne Naughton
                                                                                           Clerk