| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sebastian Martin | Social Security number or ITIN  xxx–xx–1627 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lisa Martin | Social Security number or ITIN  xxx–xx–3511 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–13781–MBK | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sebastian Martin                                              Lisa Martin

<u>4/5/22</u>                                                          **By the court:** <u>Michael B. Kaplan</u>
                                                                                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-13781-MBK

Sebastian Martin  Chapter 13

Lisa Martin

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Apr 05, 2022     Form ID: 3180W     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sebastian Martin, Lisa Martin, 11 Hudson Avenue, Hazlet, NJ 07734-3225 |
| cr | + | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 516029696 | | Division of Taxation, 50 Barrack St., PO Box 269, Trenton, NJ 08695-0269 |
| 516029697 | + | FMA Alliance, Ltd., PO Box 2409, Houston, TX 77252-2409 |
| 516029698 | + | Hazlet Family Dental, 3034 Route 35 South, Hazlet, NJ 07730-1505 |
| 516029700 | + | Jersey Shore Bethany Peds PC, PO Box 416891, Boston, MA 02241-6891 |
| 516029702 | + | Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 516029704 | + | Orthopaedic Sports Medicine, 80 Oak Hill Road, Red Bank, NJ 07701-5727 |
| 516029706 | + | QVC, PO Box 1900, West Chester, PA 19380-0146 |
| 516029708 | + | RMB Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517426991 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516171539 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516029709 | + | UPS, PO Box 25084, Lehigh Valley, PA 18002-5084 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516029691 | + | EDI: CINGMIDLAND.COM | Apr 06 2022 00:33:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 516297002 | + | EDI: CINGMIDLAND.COM | Apr 06 2022 00:33:00 | AT&T Mobility II LLC, C/O AT&T Services - Karen A. Cavagnaro, One AT&T Way, Room 3A104, Bedminister, NJ 07921-2693 |
| 516029692 | + | Email/Text: bankruptcyletters@hackensackmeridian.org | Apr 05 2022 20:33:00 | Bayshore Community Hospital, PO Box 416752, Boston, MA 02241-6752 |
| 516029693 | + | EDI: CAPITALONE.COM | Apr 06 2022 00:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516135100 | | EDI: CAPITALONE.COM | Apr 06 2022 00:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516280970 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2022 20:43:44 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516277458 | + | Email/Text: bncmail@w-legal.com | Apr 05 2022 20:33:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516029694 | + | EDI: WFNNB.COM | Apr 06 2022 00:33:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 516029695 | + EDI: CCS.COM | Apr 06 2022 00:33:00 | Credit Collection Svs., Two Wells Avenue, Newton Center, MA 02459-3225 | |
| 516108374 | + EDI: IRS.COM | Apr 06 2022 00:33:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 | |
| 516029701 | Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2022 20:33:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 | |
| 516029703 | EDI: WFNNB.COM | Apr 06 2022 00:33:00 | New York & Co., PO Box 659728, San Antonio, TX 78265-9728 | |
| 516029705 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 | |
| 516297702 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 | |
| 516296892 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 | |
| 516103913 | EDI: Q3G.COM | Apr 06 2022 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 | |
| 516029707 | + Email/Text: RMCbankruptcy@hackensackmeridian.org | Apr 05 2022 20:34:00 | Riverview Medical Ctr., PO Box 417140, Boston, MA 02241-7140 | |
| 516241905 | + EDI: WFFC.COM | Apr 06 2022 00:33:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 | |
| 516058402 | EDI: WFFC.COM | Apr 06 2022 00:33:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 | |
| 516029710 | + EDI: WFFC.COM | Apr 06 2022 00:33:00 | Wells Fargo Dealers Service, 1400 Union Meeting Road # 220, Blue Bell, PA 19422-1952 | |
| 516029711 | EDI: WFFC.COM | Apr 06 2022 00:33:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 | |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516162433 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516308597 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516029699 | * | IRS, Special Procedures Unit, Attn: Bankruptcy Dept., PO Box 744, Springfield, NJ 07081 |
| 517426992 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022           Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew C. Waldt | on behalf of Creditor WELLS FARGO BANK NA mwaldt@milsteadlaw.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| William A Ward | on behalf of Joint Debtor Lisa Martin williamwardesq@earthlink.net |
| William A Ward | on behalf of Debtor Sebastian Martin williamwardesq@earthlink.net |

TOTAL: 8